USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-14-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INFERNAL TECHNOLOGY, LLC, ET AL.,

        Plaintiffs,

- against -

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

        Defendant.

19-cv-9350 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiffs may file an amended complaint by **January 27, 2020**. The defendant may move or answer by **February 14, 2020**.

If the defendant makes a motion, the plaintiffs may respond by **February 28, 2020**. The defendant may reply by **March 10, 2020**.

If the defendant answers, the parties should submit a 26(f) report and another letter asking for a conference to the Court by **February 28, 2020**.

The Court stays discovery pending the decision on the motion to dismiss or the parties' submission of the 26(f) report.

**SO ORDERED.**

Dated:    New York, New York
            January 13, 2020

                                      John G. Koeltl
                                   **United States District Judge**