UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------

INFERNAL TECHNOLOGY, LLC and
TERMINAL REALITY, INC.,

              Plaintiffs,          19-cv-9350 (JGK)

  - against -                   <u>ORDER</u>

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

              Defendant.
--------

JOHN G. KOELTL, District Judge:

    For the reasons stated at the telephonic conference held on September 25, 2020 at 2:30 p.m., the motion for judgment on the pleadings is **denied**. The parties should submit a Rule 26(f) report by October 9, 2020. The Clerk is directed to close Docket Number 35.

    SO ORDERED.

Dated:    New York, New York
          September 25, 2020

                                            John G. Koeltl
                                United States District Judge

1