UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INFERNAL TECHNOLOGY, LLC, a Texas Limited :
Liability Company, and TERMINAL REALITY, INC., :
a Texas Corporation, :
                                      Plaintiffs, :
             - against - :   ORDER
  :   19-CV-09350 (JGK)(KNF)
TAKE-TWO INTERACTIVE SOFTWARE, INC., a :
Delaware Corporation, :
                                      Defendant. :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on March 18, 2021, at 4:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York         SO ORDERED:
         March 11, 2021

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE