UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INFERNAL TECHNOLOGY, LLC, a Texas      :
Limited Liability Company, and TERMINAL   :
REALITY, INC., a Texas Corporation,     :

                                    :
            Plaintiffs,          :          **ORDER**
                                      :
    -against-           :      19-CV-9350 (JGK)(KNF)
                                        :
TAKE-TWO INTERACTIVE SOFTWARE, a    :
Delaware Corporation,              :

                                      :
           Defendant.         :
-----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


       IT IS HEREBY ORDERED that a telephonic status conference shall be held in the

above-captioned action on July 28, 2021, at 2:00 p.m. All parties are directed to call (888) 557-

8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York          SO ORDERED:
        April 1, 2021

                               *Kevin Nathaniel Fox*
                              KEVIN NATHANIEL FOX
                              UNITED STATES MAGISTRATE JUDGE