UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INFERNAL TECHNOLOGY, LLC, a Texas
Limited Liability Company, and TERMINAL
REALITY, INC., a Texas Corporation,

        Plaintiffs,      **ORDER**

  -against-      19-CV-9350 (JGK)(KNF)

TAKE-TWO INTERACTIVE SOFTWARE, a
Delaware Corporation,

        Defendant.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that, consistent with the discussion had with the parties during the July 28, 2021 telephone conference, the milestone dates reflected in the schedule appearing at Docket Entry No. 49, are enlarged by 60 days.

Dated:  New York, New York      SO ORDERED:
          July 30, 2021

                                              /s/ Kevin Nathaniel Fox
                                          KEVIN NATHANIEL FOX
                                          UNITED STATES MAGISTRATE JUDGE