UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INFERNAL TECHNOLOGY, LLC, a Texas :
Limited Liability Company, and TERMINAL :
REALITY, INC., a Texas Corporation, :
                                                         :
                 Plaintiffs, : **ORDER**
                                                         :
    -against- : 19-CV-9350 (JGK)(KNF)
                                                         :
TAKE-TWO INTERACTIVE SOFTWARE, a :
Delaware Corporation, :
                                                         :
                Defendant. :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The Order appearing at Docket Entry No. 80 is hereby vacated.

Dated:  New York, New York         SO ORDERED:
           August 18, 2021

                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE