**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| INFERNAL TECHNOLOGY, LLC, a Texas Limited Liability Company, and TERMINAL REALITY, INC., a Texas Corporation, | § § § § | C. A. No. 1:19-cv-9350-JGK-KNF |
| *Plaintiffs,* | § § | **ORDER** |
| v. | § § | Jury Trial Demanded |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., a Delaware Corporation, | § § § | |
| *Defendant.* | | |

The Court, having considered the parties' Joint Motion to Stay and Brief in Support of Joint Motion to Stay hereby **GRANTS** the motion.

**SO ORDERED**, this 10 day of December 2021.

_____
United States District Judge