UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

INFERNAL TECHNOLOGY, LLC, ET AL.,
                                   Plaintiffs,

    - against -                        19-cv-9350 (JGK)

TAKE-TWO INTERACTIVE SOFTWARE, INC.,    ORDER
                                   Defendant.
---

JOHN G. KOELTL, District Judge:

    On December 11, 2021, the Court stayed this action pending the outcome of the plaintiffs' appeal of Infernal Tech., LLC v. Activision Blizzard, Inc., No. 3:18-cv-1397-M, 2021 WL 4391250 (N.D. Tex. Sept. 16, 2021) ("Activision"), which involved the same patents asserted in this case. No. 19-cv-9350, ECF Nos. 84, 85. On January 24, 2023, the Court of Appeals for the Federal Circuit affirmed the district court's decision in Activision. Infernal Tech., LLC v. Activision Blizzard Inc., No. 2021-2349, 2023 WL 370602, at *1 (Fed. Cir. Jan. 24, 2023). By **May 11, 2023**, the parties in this case shall advise the Court by letter of the status of this case and the parties' intended next steps in light of the proceedings in Activision.

SO ORDERED.

Dated:    New York, New York
           April 27, 2023

                                                _____
                                                John G. Koeltl
                                       United States District Judge