UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| INFERNAL TECHNOLOGY, LLC, a Texas Limited Liability Company, and TERMINAL REALITY, INC., a Texas Corporation, | § § § § | C. A. No. 1:19-cv-9350-JGK-KNF |
| *Plaintiffs,* | § § | **ORDER ON STAY** |
| v. | § § | Jury Trial Demanded |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., a Delaware Corporation, | § § § § | |
| *Defendant.* | | |

The Court has reviewed Plaintiffs Infernal Technology LLC and Terminal Reality Inc. (collectively, "Plaintiffs") and Defendant Take-Two Interactive Software, Inc. ("Take-Two") Joint Motion to Continue the Current Stay pending the outcome of Plaintiffs' appeal of the district's court's judgment of non-infringement in *Infernal Tech., LLC et al. v. Sony Interactive Entertainment LLC,* Civil Action No. 2:19-cv-00248-JRG (E.D. Tex.) (the "Sony case").

The Court concludes continuing the current stay will conserve the parties' and court's resources. Therefore, the Joint Motion is **GRANTED**, and the Court **ORDERS** the current Stay to continue. Plaintiff is further **ORDERED** to advise the Court within 30 days of the resolution of its aforementioned appeal to the Federal Circuit.

**SO ORDERED**, this ___17___ day of May 2023.

United States District Judge